United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN O'HINES,<br>        Plaintiff,<br>  vs.<br>JEFF FREELAND, Warden,<br>        Defendant.       / | No. C 09-2474 PJH (PR)<br>**ORDER OF DISMISSAL** |
| JAMES LYNN O'HINES,<br>        Plaintiff,<br>  vs.<br>FLORENCE, ARIZONA, SSU SQUAD,<br>        Defendant.       / | No. C 09-2475 PJH (PR)<br>**ORDER OF DISMISSAL** |
| JAMES LYNN O'HINES,<br>        Plaintiff,<br>  vs.<br>JEFF FREELAND, Warden,<br>        Defendant.       / | No. C 09-2628 PJH (PR)<br>**ORDER OF DISMISSAL** |

These are civil rights cases filed pro se by a prisoner incarcerated in Florence, Arizona.

In cases C 09-2474 PJH (PR) and C 09-2628 PJH (PR), on the day the complaints were filed the clerk notified plaintiff that he had not paid the filing fees or applied for leave to proceed in forma pauperis ("IFP").

On the day the complaint in C 09-2475 PJH (PR) was filed, the clerk notified plaintiff that his application to proceed IFP was deficient in that he had failed to use the correct form, had not provided a certificate of funds in inmate account as required by this court, and had not attached a printout of transactions in his inmate account as required by 28 U.S.C. § 1915(a)(2).

In all three cases plaintiff has filed an application to proceed IFP, but all three applications omit the printout of transactions in plaintiff's inmate account required by statute. These cases therefore are **DISMISSED** without prejudice. The clerk shall close these files.

**IT IS SO ORDERED.**

Dated:  July 31, 2009.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.09\O'HINES2474.DSM.wpd